Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanewilcox.com
Sarai L. Brown, Esq.  (Bar No. 11067)
sbrown@skanewilcox.com
SKANE WILCOX LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendants, DELL INC.; DELL TECHNOLOGIES INC.; and DELL PRODUCTS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of Lucy Qian-Lui Scott,<br><br>Plaintiff,<br><br>v.<br><br>MASAHIGE MITO; DELL, INC.; DELL TECHNOLOGIES, INC.; DELL PRODUCTS CORPORATION; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-658-GMN-BNW<br><br>**ORDER REGARDING STIPULATION TO DISMISS DELL PRODUCTS CORPORATION, DELL TECHNOLOGIES INC., AND MASAHIGE MITO WITHOUT PREJUDICE AND TO AMEND COMPLAINT TO ADD DEFENDANT** |

Based upon the Stipulation to Dismiss Dell Products Corporation, Dell Technologies Inc., and Masahige Mito Without Prejudice and to Amend Complaint to Add Defendant submitted by the parties, it is hereby ordered as follows:

///

///

///

1

**ORDER**

**IT IS HEREBY ORDERED** that Defendants Dell Technologies Inc., Dell Products Corporation, and Masahige Mito are dismissed without prejudice from the above-captioned matter; and

**IT IS FURTHER ORDERED** that Plaintiff shall be allowed to amend its Complaint in this matter and file the Second Amended Complaint to add NAOZUMI MIHO as a Defendant in place of Defendant Masahige Mito.

**IT IS SO ORDERED.**

DATED this 30 day of April, 2020.

_____
Gloria M. Navarro, **D**istrict Judge
UNITED STATES DISTRICT COURT