# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Liberty Mutual Insurance Company,

        Plaintiff,

vs.

Masahige Mito, et al.,

        Defendants.

Case No. 2:20-cv-00658-GMN-BNW

**ORDER**

In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order. The parties' proposed discovery plan and scheduling order was due on 5/31/2020. (*See* ECF No. 6.)

IT IS THEREFORE ORDERED that by June 25, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: June 10, 2020

_____
**Brenda Weksler**
**United States Magistrate Judge**